No. 670. IVEY ET AL. *v.* KEELING ET AL.

Jurisdictional statement submitted April 28, 1930. Decided May 5, 1930. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Hancock* v. *City of Muskogee,* 250 U. S.

454; *Valley Farms Co.* v. *County of Westchester,* 261 U. S. 155; *Browning* v. *Hooper,* 269 U. S. 396, 405. *Mr. Thomas E. Hayden, Jr.,* for appellants. No appearance for appellees.